IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY,

    Plaintiff,                    No. CIV S-02-1899 GEB GGH P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.                <u>ORDER</u>

_____/

        On April 21, 2005, defendant filed objections to the pretrial order filed April 20, 2005. Defendant Henry requests permission to include himself as a witness.

        Good cause appearing, IT IS HEREBY ORDERED that the pretrial order is amended to reflect that defendant intends to call himself as a witness.

DATED: 5/3/05

                                              /s/ Gregory G. Hollows
                                              _____
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

ggh:kj
anth1899.ord

1