IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY,

    Plaintiff,               No. CIV S-02-1899 GEB GGH P

    vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

    Defendants.        <u>ORDER</u>

/

        On June 24, 2005, plaintiff filed a request for sanctions against defendants on grounds that they failed to produce requested documents. Pursuant to the November 4, 2003, scheduling order, discovery closed on February 20, 2004. Plaintiff's request for sanctions, construed as a motion to compel, is not timely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 24, 2005, request for sanctions is denied.

DATED: 7/14/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
anth1899.den(2)

1