UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY,  )
                                            )     2:02-cv-1899-GEB-GGH-P
                 Plaintiff,  )
                                            )     <u>ORDER</u>
     v.  )
                                              )
SACRAMENTO COUNTY SHERIFF'S  )
DEPARTMENT AND DEPUTY HENRY,  )
                                            )
                 Defendants.  )
)

         On November 29, 2005, Defendant Deputy Todd Henry submitted a sealed motion in paper format. Two declarations and a proposed order accompanied the motion. The motion requests sealing of certain information. The motion is denied because its content does not justify granting it.

         Therefore, the Clerk's Office is directed to return the above-referenced motion, the two declarations and the proposed order to Defendant Henry's attorney. See <u>United States v. Baez-Alcaino</u>, 718 F. Supp. 1503, 1507 (M.D. Fla. 1989) (stating that when an in camera review reveals that any document submitted under seal for such

///

///

1

1  review fails to meet the applicable standard for sealing, it should be
2  returned to the submitting party).
3            IT IS SO ORDERED.
4
5  DATED:  December 7, 2005
6                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

2