Longyear, O'Dea & Lavra, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 1145233
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendant
Deputy Todd Henry

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY, </br> </br> Plaintiffs, </br> vs. </br> </br> SACRAMENTO COUNTY SHERIFF'S DEPARTMENT AND DEPUTY HENRY, </br> </br> Defendants | CASE NO. CIV S-02 1899-GEB-GGH-P </br> </br> **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Ms. Tabitha D. Duarte inmate number X-11773, a necessary and material witness in the above-entitled case on January 24, 2006. Ms. Duarte is confined in Leo Chesney Community Correctional Facility, located in Live Oak, California, in the custody of Warden Ron Murray. In order to secure this inmates's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum be issued commanding the custodian to produce the inmate in court, United States Courthouse, 501 I Street, 13th Floor, Courtroom 10, Sacramento, California on January 24, 2006, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court, and thereafter return the inmate to the above institution.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to prove the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Sacramento, P.O. Box 290007, Represa, California 95671

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Ron Murray, Leo Chesney Community Correctional Facility, P.O. Box 66, Live Oak, CA 95953 (Physical Address: 2800 Apricot Lane, Live Oak, CA 95953)**

**WE COMMAND YOU** to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: 1/10/06

/s/ Gregory G. Hollows
_____
**GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE**

**anthony.writ**