IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY,                        )
                     Plaintiff,      )        2:02-cv-1899-GEB-GGH-P
                                     )
            v.                       )        <u>RULING ON DEFENDANT'S</u>
                                     )        <u>IN LIMINE MOTIONS</u>
DEPUTY TODD HENRY,                   )
                                     )
                     Defendant.      )
_____)

        On January 17, 2006, Defendant filed three enumerated
motions in limine.  Motions one and two are based on the premise that
Plaintiff will seek to introduce evidence that does not comply with
applicable provisions of the Federal Rules of Evidence.  These motions
are denied because they need not be decided before trial.

        The third motion seeks exclusion of evidence that a witness
was convicted of a crime.  Defendant's arguments in favor of exclusion
are unpersuasive.  Therefore, the motion is denied.

        IT IS SO ORDERED.

Dated:  January 19, 2006


                              <u>/s/ Garland E. Burrell, Jr.</u>
                              GARLAND E. BURRELL, JR.
                              United States District Judge