1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARK ANTHONY,

11              Plaintiff,                    No. CIV S-02-1899 GEB GGH P

12         vs.

13   DEPUTY TODD HENRY,

14              Defendant.              ORDER

15   _____/

16              On July 17, 2006, plaintiff submitted a document requesting that the court provide

17   him with information regarding the cost of purchasing certain transcripts. This request should be

18   made to the court reporters who will prepare the transcripts rather than the court.

19              Accordingly, IT IS HEREBY ORDERED that plaintiff's July 17, 2006, request

20   for information regarding the cost of transcripts is disregarded.

21   DATED: 7/28/06

22                                          /s/ Gregory G. Hollows

23                                          _____
                                            GREGORY G. HOLLOWS
24                                          UNITED STATES MAGISTRATE JUDGE

     anth1899.tra(2)
25

26

1